```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
            Civil No. 12-3062(DSD/SER)
```

Alaa E. Elkharwily, M.D.,

      Plaintiff,

v.                                                            **ORDER**

Mayo Holding Company, a corporation,
d/b/a Mayo Health System, d/b/a
Mayo Clinic Health System, d/b/a
Albert Lea Medical Center - Mayo
Health System, Mayo Clinic Health
System - Albert Lea, a corporation,
Mayo Foundation, Mark Ciota, M.D.,
John Grzybowski, M.D., Dieter
Heinz, M.D., Robert E. Nesse, M.D.,
Steve Underdahl, and Stephen Waldhoff,

      Defendants.

    Alaa Elkharwily, M.D., pro se, 10407 SE 174th Ave., #1407, Renton, WA 98055.

    Charles G. Frohman, Esq. and Maslon, Edelman, Borman & Brand, LLP, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402; Joanne L. Martin, Mayo Clinic, 200 First Street S.W., Rochester, MN 55905, counsel for defendants.

    This matter is before the court upon the remand order of the Eighth Circuit Court of Appeals for the limited purpose of determining whether the caption of this case should be changed. On January 8, 2018, defendants filed a letter with the Eighth Circuit notifying the court that defendant Mayo Health System - Albert Lea is now legally named Mayo Health System - Southeast Minnesota Region d/b/a Mayo Clinic Health System - Albert Lea and Austin

(MCHS-SMR).  Defendants requested that the court (1) update the case caption to reflect the new name, and (2) remove all other defendants from the caption given the procedural posture of the case.  The Eighth Circuit treated the letter as a motion and remanded the matter for determination by this court.

The court has reviewed defendants' motion and concludes that a change in caption is appropriate under the circumstances.  Accordingly, **IT IS HEREBY ORDERED** that:

1.   The motion to change the title of this action is granted;

2.   Defendant Mayo Clinic Health System - Albert Lea shall hereafter be referred to as Mayo Health System - Southeast Minnesota Region d/b/a Mayo Clinic Health System - Albert Lea and Austin (MCHS-SMR); and

3.   All other defendants shall be removed from the title of this case.

Dated: January 29, 2018

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court